# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JARVIS FELIX TERRY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 5:19-cv-02058-AMM-JHE |
| JEFF DUNN, Commissioner, Alabama Department of Corrections, et al., | ) ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On July 22, 2020, the magistrate judge entered a report and recommendation ("R&R"), recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied as time-barred. (Doc. 8).[1] The magistrate judge further recommended that a certificate of appealability be denied. (*Id.*). Although the parties were advised of their right to file specific written objections within fourteen days, the court received no objections.

After careful consideration of the record in this case and the magistrate judge's report,[2] the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** his

---

[1] Petitioner is represented by counsel.

[2] The court observes that the state trial court denied Terry's motion for new trial on May 5, 2015, and his renewed motion for judgment of acquittal on July 2, 2015, (*see* Doc. 4-1 at 26, 30-35), as opposed to the May 4 and June 22, 2015, dates set out in the report and recommendation, (*see* Doc. 8 at 1-2). This observation does not affect the court's conclusion that the petition is time-barred.

recommendation. Accordingly, the petition for writ of habeas corpus is **DENIED** and this action **DISMISSED WITH PREJUDICE**.  A certificate of appealability is **DENIED**.

    A Final Judgment will be entered.

    **DONE** and **ORDERED** this 17th day of August, 2020.

                                               _____
                                             **ANNA M. MANASCO**
                                             UNITED STATES DISTRICT JUDGE